Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 13-52249 JEH | **Trustee:** (550140) | FREDERICK L. RANSIER, TRUSTEE |
| **Case Name:** MCN HEALTH, LLC | **Filed (f) or Converted (c):** 03/26/13 (f) | |
| | **§341(a) Meeting Date:** 05/20/13 | |
| **Period Ending:** 06/30/16 | **Claims Bar Date:** 08/20/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Petty Cash | 410.85 | 410.85 | | 410.85 | FA |
| 2   Checking account<br>Funds received from former Liquidating Trustee | 500,939.88 | 500,939.88 | | 501,000.00 | FA |
| 3   Park National Bank Account | Unknown | 0.00 | | 28,374.69 | FA |
| 4   1918 Tamarack miscellaneous office equipment and furnishings, 7 desks, 43 chairs, 8 file cabinets, 5 tables, 6 bookshelves, 2 paintings, 1 armoir, 1 dining table, 1 safe, 1 credenza, 1 refrigerator, 2 long tables, 12 tables, ET1602C phone, and other like items | Unknown | 0.00 | | 0.00 | FA |
| 5   1940 Tamaraqck miscellaneous office equipment and furnishings, 1 conference table, 1 closet, 4 file cabinets, 1 rack, miscellaneous portable tables, 6 carts, and 1 medical turntable | Unknown | 0.00 | | 0.00 | FA |
| 6   1950 Tamarack miscellaneous office equipment and furnishings, 4 tables, 1 cart, 1 refrigerator, 11 footstools, 1 scale, 7 file cabinets, 3 carts, 2 star boxes, 1 catscan table, 1 HP printer, 2 lots of chairs, 10 older IV pumps, 9 PCA pumps, 1 Datamax printer, 1 LP 10 patient press older ventilator, 18 IV pulls, 2 OR ring stands-stainless steel, 2 bedside commodes, 2 patient boards, 3 patient rollers, 1 CPR dummy, miscellaneous kitchen equipment, 7 trash bag stainless steel ring holders, 2 kick brackets, 5 kick bracket holders, 1 desk, 28 patient chairs, and 2 A line boxes | Unknown | 0.00 | | 0.00 | FA |

Case 2:13-bk-52249  Doc 286  Filed 07/27/16  Entered 07/27/16 14:05:19  Desc
Page 2 of 15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 13-52249 JEH | **Trustee:** (550140) FREDERICK L. RANSIER, TRUSTEE |
| **Case Name:** MCN HEALTH, LLC | **Filed (f) or Converted (c):** 03/26/13 (f) |
| | **§341(a) Meeting Date:** 05/20/13 |
| **Period Ending:** 06/30/16 | **Claims Bar Date:** 08/20/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 7 | 2008 Phillips C-Arm Type 718-095 serial 739 | Unknown | 0.00 | | 0.00 | FA |
| 8 | Boston Scientific Zoom Latitude PY System<br>model SH055238 w/Pysis paper internal defibrillator | Unknown | 0.00 | | 0.00 | FA |
| 9 | Alcon Infiniti serial 1106616101X<br>Phaco/eyes | Unknown | 0.00 | | 0.00 | FA |
| 10 | Canon Scanner model M110483<br>serial DSJ09756 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Misc. Accounts Receivable  (u) | 0.00 | Unknown | | 14,496.85 | 5,572.19 |
| 12 | Preferential Transfer/Payment  (u) | 20,000.00 | 20,000.00 | | 65,418.90 | 0.00 |
| 13 | Misc. Computers, Laptops, Hard Drives | 0.00 | 0.00 | | 0.00 | 500.00 |
| 13 | **Assets    Totals** (Excluding unknown values) | **$521,350.73** | **$521,350.73** | | **$609,701.29** | **$6,072.19** |

**Major Activities Affecting Case Closing:**

    INVOLUNTARY PETITION
    AKA: MEDICAL CENTER OF NEWARK, LLC


    TRUSTEE INVESTIGATED THE SALE OF DEBTOR'S BUSINESS PROPERTY, LIQUIDATION OF REMAINING ASSETS FROM THE BUSINESS SALE; STATUS
    OF ACCOUNTS RECEIVABLE AND PREFERENTIAL FRAUDULENT TRANSFERS. DURING 2014, TRUSTEE CONDUCTED MULTIPLE 2004 EXAMINATIONS AND
    MADE DEMAND UPON CERTAIN INDIVIDUALS REGARDING PREFERENTIAL AND INSIDER TRANSFERS.

    IN MARCH 2015 TRUSTEE FILED MULTIPLE ADVERSARY COMPLAINTS AGAINST VARIOUS VENDORS FOR TURNOVER OF PREFERENTIAL TRANSFERS
    AND COMPLAINTS AGAINST CERTAIN INDIVIDUALS FOR INSIDER PREFERENTIAL TRANSFERS.
    SETTLEMENT OF CERTAIN ADVERSARIES HAVE OCCURRED AND COMPROMISES IN SETTLEMENT OF CERTAIN ADVERSARIES HAVE BEEN FILED AND

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-52249 JEH | Trustee: | (550140) | FREDERICK L. RANSIER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MCN HEALTH, LLC | Filed (f) or Converted (c): | 03/26/13 (f) | |
| | | §341(a) Meeting Date: | 05/20/13 | |
| Period Ending: | 06/30/16 | Claims Bar Date: | 08/20/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

OTHERS ARE ONGOING.

IN FEBRUARY 2016 THE TRUSTEE ENGAGED IN A MULTI-PARTY MEDIATION OF THE INSIDER PREFERENCE CLAIMS WHICH RESULTED IN AN AGREEMENT IN PRINICPLE, SUBJECT TO THE TRUSTEE OBTAINING ADDITIONAL INFORMATION FROM HHS CONCERNING THE PROOF OF CLAIM FOR PRIOR YEAR OVERPAYMENTS , INCLUDING THE LAST YEAR OF THE DEBTOR'S OPERATION IN 2012.  THESE MATTERS ARE THE SUBJECT OF CONTINUING NEGOTIATIONS WITH HHS THE RESULTS OF WHICH  WILL INFORM THE OUTCOME OF THE MEDIATION.

IN MARCH 2016 TRUSTEE FILED THE FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS WITH SOME TREATMENT OF CERTAIN CLAIMS RESOLVED BY AGREED ORDER.  AN ORDER GRANTING THE RELIEF SOUGHT AGAINST THE REMAINDER OF THE FIRST OMNIBU OBJECTION WAS ENTERED ON MAY 23, 2016.

ON JUNE 7, 2016 TRUSTEE FILED A SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS WHICH IS PENDING BEFORE THE COURT.

ONGOING COLLECTIONS OF 90 DAY AND ONE YEAR PREFERENCE COMPROMISES ARE CONTINUING.  THE TRUSTEE CONTINUES TO NEGOTIATE WITH LICKING MEMORIAL HOSPITAL WITH RESPECT TO FUNDS BEING HELD IN EXCROW FROM THE ASSET SALE.

TRUSTEE HOLDS MULTIPLE COMPUTERS AND HARD DRIVES FOR POSSIBLE LIQUIDATION.

**Initial Projected Date Of Final Report (TFR):**  May 31, 2014          **Current Projected Date Of Final Report (TFR):**  May 31, 2017

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-52249 JEH | | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***5725 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/13 | {2} | MARK BRONSTEIN, LIQUIDATING TRUSTEE | PROCEEDS OF FUNDS HELD BY FORMER TRUSTEE | 1129-000 | 251,000.00 | | 251,000.00 |
| 04/29/13 | {2} | MARK BRONSTEIN, LIQUIDATING TRUSTEE | PROCEEDS OF FUNDS HELD BY FORMER TRUSTEE | 1129-000 | 250,000.00 | | 501,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.12 | 500,939.88 |
| 05/09/13 | {1} | MCN HEALTH, LLC | PROCEEDS OF PETTY CASH | 1129-000 | 410.85 | | 501,350.73 |
| 05/14/13 | {3} | MCN HEALTH, LLC | PROCEEDS OF ACCOUNT AT PARK NATIONAL BANK | 1129-000 | 28,374.69 | | 529,725.42 |
| 05/24/13 | {11} | TIME WARNER CABLE | (13-261) REFUND DUE DEBTOR FOR CANCELLED ACCOUNT | 1221-000 | 335.35 | | 530,060.77 |
| 05/24/13 | {11} | STERICYCLE, INC. | (13-262) REFUND FOR RETURNED PHARMACY SUPPLIES | 1221-000 | 70.50 | | 530,131.27 |
| 05/24/13 | {11} | STERICYCLE, INC. | (13-263) REFUND FOR RETURNED PHARMACY SUPPLIES | 1221-000 | 100.01 | | 530,231.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 768.15 | 529,463.13 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.82 | 528,751.31 |
| 07/23/13 | 101 | MARK P. BRONSTEIN | (13-305) FORMER LIQUIDATING TRUSTEE FEES AND EXPENSES PER ORDER ENTERED JULY 18, 2013 | 2990-000 | | 45,427.54 | 483,323.77 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 836.54 | 482,487.23 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 698.21 | 481,789.02 |
| 09/04/13 | {11} | HYLANT | (13-322) REMITTANCE OF OVERPAYMENT | 1221-000 | 2,438.25 | | 484,227.27 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.96 | 483,550.31 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 771.31 | 482,779.00 |
| 11/07/13 | {11} | OH BUREAU OF WORKERS' COMPENSATION | (13-407) EMPLOYER PREMIUM REFUND | 1221-000 | 2,002.07 | | 484,781.07 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 655.83 | 484,125.24 |

Subtotals :   $534,731.72   $50,606.48

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM   V.13.28

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-52249 JEH | | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***5725 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/13 | 102 | INSURANCE PARTNERS AGENCY, INC. | (13-421) PRO-RATA SHARE TRUSTEE BOND PREMIUM (11/01/13 - 11/01/14) | 2300-000 | | 418.60 | 483,706.64 |
| 12/13/13 | 103 | NEWARK INCOME TAX DIVISION | (13-453) PMT DUE ON DEBTOR'S 2012 INCOME TAX RETURN | 2820-000 | | 20,149.00 | 463,557.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 762.88 | 462,794.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 696.56 | 462,098.20 |
| 02/20/14 | 104 | ADP, Inc. | (14-055) 2013 W-2 PREPARATION FEES - ADP CASE #029968098 | 2990-000 | | 836.19 | 461,262.01 |
| 02/26/14 | 105 | SODEXO OPERATIONS, LLC | (14-060) PAYMENT IN SETTLEMENT OF ADMIN EXPENSE CLAIM PER AGREED ORDER ENTERED FEB. 24, 2014 | 2990-000 | | 10,000.00 | 451,262.01 |
| 02/26/14 | 106 | LUPER, NEIDENTHAL & LOGAN | (14-061) PAYMENT IN SETTLEMENT OF ADMIN EXPENSE CLAIM PER AGREED ORDER ENTERED FEB. 24, 2014 | 2990-000 | | 1,134.00 | 450,128.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 628.39 | 449,499.62 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 640.26 | 448,859.36 |
| 04/21/14 | {11} | OHIO BUREAU OF WORKERS' COMPENSATION | (14-121) EMPLOYER PREMIUM REFUND | 1221-000 | 10.00 | | 448,869.36 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 698.44 | 448,170.92 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 654.04 | 447,516.88 |
| 06/03/14 | 107 | PRI COURT REPORTING, LLC | (14-142) COURT REPORTER FEES - 2004 EXAM - MCN FUNDING | 2990-000 | | 440.00 | 447,076.88 |
| 06/03/14 | 108 | PRI COURT REPORTING, LLC | (14-143) COURT REPORTER FEES - 2004 EXAM - MERITAS MEDICAL & MERITAS SURGICAL | 2990-000 | | 330.00 | 446,746.88 |
| 06/17/14 | 109 | PRI COURT REPORTING, LLC | (14-152) COURT REPORTER TRANSCRIPT FEES (MCN FUNDING-ANTOLINO) | 2990-000 | | 748.25 | 445,998.63 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.63 | 445,368.00 |
| | | | Subtotals : | | $10.00 | $38,767.24 | |

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM V.13.28

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 13-52249 JEH | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***5725 | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/14 | 110 | PRI COURT REPORTING, LLC | (14-192) COURT REPORTER TRANSCRIPT FEES (NASCRE-DR. JOHN QUIMJIAM) | 2990-000 | | 512.50 | 444,855.50 |
| 07/24/14 | 111 | PRI COURT REPORTING, LLC | (14-196) COURT REPORTER FEES (SCOUT MANAGEMENT - JAMES HAVENS) | 2990-000 | | 646.25 | 444,209.25 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 714.93 | 443,494.32 |
| 08/07/14 | 112 | PRI COURT REPORTING, LLC | (14-200) COURT REPORTER TRANSCRIPT FEES - SCOUT/JAMES HAVENS | 2990-000 | | 1,095.62 | 442,398.70 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 625.55 | 441,773.15 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 688.68 | 441,084.47 |
| 10/23/14 | 113 | PRI COURT REPORTING, LLC | (14-280) COURT REPORTER FEES (SCOUT DEVELOPMENT - JAMES HAVENS) | 2990-000 | | 747.50 | 440,336.97 |
| 10/29/14 | 114 | PRI COURT REPORTING, LLC | (14-306) COURT REPORTER FEES (MCN FUNDING II) | 2990-000 | | 239.57 | 440,097.40 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 666.09 | 439,431.31 |
| 11/12/14 | 115 | CROWE HORWATH LLP | (14-321) ACCOUNTANT FOR TRUSTEE FEES  (RE: 2012 TAX RETURNS) | 3410-000 | | 9,266.00 | 430,165.31 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 577.00 | 429,588.31 |
| 12/11/14 | 116 | PARMS AND COMPANY, LLC | (14-372) APPROVED ACCOUNTANT FEES PER ORDER ENTERED 12/11/14 (DOCKET NO. 178) | 3410-000 | | 35,689.25 | 393,899.06 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 686.61 | 393,212.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 576.09 | 392,636.36 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 537.00 | 392,099.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 612.97 | 391,486.39 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 573.95 | 390,912.44 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 564.99 | 390,347.45 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 633.89 | 389,713.56 |

Subtotals :   $0.00   $55,654.44

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 13-52249 JEH | | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID #: | **-***5725 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 621.83 | 389,091.73 |
| 08/25/15 | 117 | United States Treasury | (15-145)  FORM 940 TAXES FOR TAX PERIOD DECEMBER 31, 2013 EMPLOYER ID # (20-4365725) | 2810-000 | | 3,508.23 | 385,583.50 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.58 | 385,001.92 |
| 09/04/15 | 118 | PARMS AND COMPANY, LLC | (15-148)  APPROVED ACCOUNTANT FEES PER ORDER ENTERED 9/4/15 (DOCKET NO. 232) | 3410-000 | | 7,557.00 | 377,444.92 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.43 | 376,814.49 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 592.96 | 376,221.53 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 579.37 | 375,642.16 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.60 | 374,982.56 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 598.47 | 374,384.09 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 601.11 | 373,782.98 |
| 03/29/16 | 119 | CITY TREASURER | (16-055) POST-PETITION ESTATE TAX LIABILITY FOR TAX YEAR ENDING 12-31-2015 | 2820-000 | | 968.00 | 372,814.98 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 691.79 | 372,123.19 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 611.02 | 371,512.17 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 612.38 | 370,899.79 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 699.70 | 370,200.09 |

Subtotals :   $0.00    $19,513.47

{} Asset reference(s)                    Printed: 07/27/2016 11:02 AM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 13-52249 JEH  
**Case Name:** MCN HEALTH, LLC  
**Taxpayer ID #:** \*\*-\*\*\*5725  
**Period Ending:** 06/30/16

**Trustee:** FREDERICK L. RANSIER, TRUSTEE (550140)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3866 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 534,741.72 | 164,541.63 | $370,200.09 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 534,741.72 | 164,541.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$534,741.72** | **$164,541.63** | |

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM   V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 13-52249 JEH | | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3867 - Receivables |
| Taxpayer ID #: | **-***5725 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/13 | {11} | PROGRESSIVE | (13-289) PMT TO MCN FOR MEDICAL BILL ON PATIENT | 1221-000 | 1,953.00 | | 1,953.00 |
| 06/20/13 | {11} | SANDRA A. HURFORD | (13-292) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 10.00 | | 1,963.00 |
| 06/20/13 | {11} | MARJORIE ANDREWS | (13-293) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 20.00 | | 1,983.00 |
| 07/01/13 | {11} | LICKING COUNTY AUDITOR | (13-295) PMT FOR MEDICAL SERVICES FOR INMATES OF LICKING COUNTY JAIL | 1221-000 | 573.86 | | 2,556.86 |
| 07/05/13 | {11} | ELK & ELK CO. LTD. | (13-300) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 328.47 | | 2,885.33 |
| 07/17/13 | {11} | MARJORIE ANDREWS | (13-303) PMT ON PATIENT ACCT | 1221-000 | 20.00 | | 2,905.33 |
| 07/17/13 | {11} | JACKIE S. MOORE | (13-304) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 2,935.33 |
| 08/20/13 | {11} | SANDRA HURFORD | (13-315) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 10.00 | | 2,945.33 |
| 09/04/13 | {11} | JACKIE S. MOORE | (13-323) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 2,975.33 |
| 09/04/13 | {11} | AMERICAN REPUBLIC CORP. INS. CO. | (13-324) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 104.19 | | 3,079.52 |
| 09/04/13 | {11} | MAIL HANDLERS BENEFIT PLAN | (13-325) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 132.85 | | 3,212.37 |
| 09/09/13 | {11} | SANDRA A. HURFORD | (13-328) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 10.00 | | 3,222.37 |
| 10/01/13 | {11} | FLINT RIDGE NURSING & REHABILITATION CENTER | (13-355) PMT ON PATIENT ACCT | 1221-000 | 13.58 | | 3,235.95 |
| 10/07/13 | {11} | JEFFREY KELLNER, CHAPTER 13 TRUSTEE | (13-357) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 936.15 | | 4,172.10 |
| 10/10/13 | {11} | JACKIE S. MOORE | (13-360) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 4,202.10 |
| 10/31/13 | {11} | JACKIE S. MOORE | (13-401) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 4,232.10 |
| 10/31/13 | {11} | SANDRA A. HURFORD | (13-402) PMT ON PATIENT ACCT | 1221-000 | 10.00 | | 4,242.10 |
| 11/07/13 | {11} | JEFFREY M. KELLNER, CH 13 TRUSTEE | (13-406) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 97.14 | | 4,339.24 |
| 11/07/13 | {11} | SANDRA A HURFORD | (13-408) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 10.00 | | 4,349.24 |
| 11/22/13 | {11} | JACKIE MOORE | (13-412) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 4,379.24 |
| 12/04/13 | {11} | JEFFREY M. KELLNER, CH 13 | (13-427) PMT ON POC FILED BY DEBTOR | 1221-000 | 116.02 | | 4,495.26 |

Subtotals : $4,495.26 $0.00

{} Asset reference(s)                                                                    Printed: 07/27/2016 11:02 AM    V.13.28

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 13-52249 JEH | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3867 - Receivables |
| Taxpayer ID #: | **-***5725 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | TRUSTEE | ON PATIENT ACCT. | | | | |
| 12/18/13 | {11} | SANDRA A. HURFORD | (13-454) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 10.00 | | 4,505.26 |
| 12/18/13 | {11} | JAMES L. LEWIS | (13-456) PMT TO APPLY TO PATIENT ACCT | 1221-000 | 25.00 | | 4,530.26 |
| 12/18/13 | {11} | BLUECROSS BLUESHIELD OF ILLINOIS | (13-455) PMT ON PATIENT ACCT | 1221-000 | 1,191.99 | | 5,722.25 |
| 01/07/14 | {11} | JEFFREY KELLNER, CHAPTER 13 TRUSTEE | (14-002) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT | 1221-000 | 127.26 | | 5,849.51 |
| 01/07/14 | {11} | KIMBERLY HUGHES | (14-003) PMT ON PATIENT ACCT | 1221-000 | 20.00 | | 5,869.51 |
| 01/07/14 | {11} | JACKIE S. MOORE | (14-004) PMT ON PATIENT ACCT NO. | 1221-000 | 30.00 | | 5,899.51 |
| 01/16/14 | {11} | SANDRA A. HURFORD | (14-031) PMT ON PATIENT ACCT | 1221-000 | 10.00 | | 5,909.51 |
| 01/21/14 | {11} | DONALD RODENISER, SR. | (14-049) PMT ON PATIENT ACCT | 1221-000 | 14.73 | | 5,924.24 |
| 02/04/14 | {11} | JACKIE S. MOORE | (14-051) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 5,954.24 |
| 02/04/14 | {11} | JEFFREY KELLNER, CHAPTER 13 TRUSTEE | (14-053) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 127.26 | | 6,081.50 |
| 02/18/14 | {11} | SANDRA A. HURFORD | (14-054) PMT ON PATIENT ACCT | 1221-000 | 10.00 | | 6,091.50 |
| 02/26/14 | {11} | JACKIE S. MOORE | (14-059) PMT ON PATIENT ACCT | 1221-000 | 30.00 | | 6,121.50 |
| 03/05/14 | {11} | JEFFREY KELLNER, CHAPTER 13 TRUSTEE | (14-073) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 134.20 | | 6,255.70 |
| 04/08/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-100) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 120.31 | | 6,376.01 |
| 05/07/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-127) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 231.49 | | 6,607.50 |
| 06/03/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-150) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 23.02 | | 6,630.52 |
| 06/27/14 | {11} | MATTHEW AUGENSTEIN | (14-174) PMT ON PATIENT ACCT | 1221-000 | 25.00 | | 6,655.52 |
| 07/08/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-193) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 127.26 | | 6,782.78 |

Subtotals : $2,287.52 $0.00

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 13-52249 JEH | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3867 - Receivables |
| Taxpayer ID #: | **-***5725 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/14 | {11} | MATTHEW AUENSTEIN | (14-194) PMT ON PATIENT ACCOUNT | 1221-000 | 25.00 | | 6,807.78 |
| 08/04/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-199) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 295.38 | | 7,103.16 |
| 10/03/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-273) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 86.38 | | 7,189.54 |
| 11/04/14 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (14-316) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 127.23 | | 7,316.77 |
| 12/02/14 | {11} | JEFFREY N. KELLNER, CHAPTER 13 TRUSTEE | (14-340) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 127.28 | | 7,444.05 |
| 12/15/14 | 101 | INSURANCE PARTNERS AGENCY, INC. | (14-379) PRO-RATA SHARE TRUSTEE BOND PREMIUM (11/1/14 - 11/1/15) | 2300-000 | | 382.13 | 7,061.92 |
| 01/05/15 | {11} | JEFFREY N. KELLNER, CHAPTER 13 TRUSTEE | (15-002) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 309.64 | | 7,371.56 |
| 02/12/15 | {11} | SANDRA HURFORD | (15-010) PMT ON PATIENT ACCT | 1221-000 | 10.00 | | 7,381.56 |
| 03/10/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-026) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 69.48 | | 7,451.04 |
| 03/24/15 | {11} | SANDRA A. HURFORD | (05-042) PMT ON PATIENT ACCT | 1221-000 | 10.00 | | 7,461.04 |
| 04/08/15 | {11} | JEFFREY M. KELLNER | (15-052) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 124.39 | | 7,585.43 |
| 05/06/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-060) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 127.26 | | 7,712.69 |
| 05/06/15 | {12} | DANIEL DIAL | (15-061) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 7,500.00 | | 15,212.69 |
| 05/20/15 | {12} | DANCO MEDICAL SYSTEMS | (15-065) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 7,500.00 | | 22,712.69 |
| 06/03/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-069) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 126.72 | | 22,839.41 |
| 07/01/15 | {12} | SPEER MECHANICAL | (15-096) PMT IN COMPROMISE OF | 1241-000 | 6,125.00 | | 28,964.41 |
| | | | Subtotals : | | $22,563.76 | $382.13 | |

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM V.13.28

## Form 2

## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 13-52249 JEH  
**Case Name:** MCN HEALTH, LLC  

**Taxpayer ID #:** **-***5725  
**Period Ending:** 06/30/16  

**Trustee:** FREDERICK L. RANSIER, TRUSTEE (550140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3867 - Receivables  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | PREFERENTIAL TRANSFER/PAYMENT | | | | |
| 07/06/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-099) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 126.73 | | 29,091.14 |
| 08/05/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-135) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 126.72 | | 29,217.86 |
| 09/03/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-147) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 253.45 | | 29,471.31 |
| 09/23/15 | {12} | JESSICA CLARK | (15-154) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 4,500.00 | | 33,971.31 |
| 10/01/15 | {12} | DANIEL GLOVER | (15-199) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 1,000.00 | | 34,971.31 |
| 10/06/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-202) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 259.42 | | 35,230.73 |
| 10/27/15 | {12} | LYNDA L. CURRY | (15-205) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 5,000.00 | | 40,230.73 |
| 11/09/15 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (15-208) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 126.06 | | 40,356.79 |
| 11/19/15 | {12} | DANIEL GLOVER | (15-217)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 350.00 | | 40,706.79 |
| 11/19/15 | {12} | LYNDA CURRY | (15-218)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 250.00 | | 40,956.79 |
| 12/10/15 | {11} | JEFFREY M. KELLNER, CHAPTE 13 TRUSTEE | (15-237)  PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 126.06 | | 41,082.85 |
| 12/16/15 | {12} | DANIEL GLOVER | (15-238) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 318.18 | | 41,401.03 |
| 12/22/15 | {12} | LYNDA CURRY | (15-239)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 250.00 | | 41,651.03 |
| 12/23/15 | 102 | INSURANCE PARTNERS AGENCY, | (15-250) PRO-RATA SHARE TRUSTEE BOND | 2300-000 | | 407.39 | 41,243.64 |
| | | | Subtotals : | | $12,686.62 | $407.39 | |

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM     V.13.28

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| Case Number: | 13-52249 JEH | | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3867 - Receivables |
| Taxpayer ID #: | **-***5725 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | INC. | PREMIUM 11/01/15 - 11/01/16 | | | | |
| 12/30/15 | {12} | CENTRAL OHIO PACS SYSTEMS LTD. | (15-256) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 15,000.00 | | 56,243.64 |
| 01/06/16 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (16-003) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 126.91 | | 56,370.55 |
| 01/11/16 | {12} | DANIEL AND VENEVA GLOVER | (16-004) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 318.25 | | 56,688.80 |
| 01/26/16 | {12} | LYNDA CURRY | (16-007) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 250.00 | | 56,938.80 |
| 01/26/16 | {12} | STEVEN & DEBBIE ZNOSKO | (16-008) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 583.37 | | 57,522.17 |
| 02/01/16 | {12} | TAYLOR LINEN COMPANY, INC. | (16-010) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 1,600.00 | | 59,122.17 |
| 02/04/16 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (16-011) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 124.16 | | 59,246.33 |
| 02/15/16 | {12} | DANIEL GLOVER | (16-029) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 318.18 | | 59,564.51 |
| 02/24/16 | {12} | LYNDA CURRY | (16-040) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 250.00 | | 59,814.51 |
| 03/03/16 | {12} | STEVEN & DEBBIE ZNOSKO | (16-042) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 583.33 | | 60,397.84 |
| 03/03/16 | {12} | TAYLOR LINEN COMPANY, INC. | (16-043) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 800.00 | | 61,197.84 |
| 03/03/16 | {11} | JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE | (16-044) PMT ON POC FILED BY DEBTOR ON PATIENT ACCT. | 1221-000 | 49.62 | | 61,247.46 |
| 03/07/16 | {12} | AMANDA BREWER | (16-045) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 5,000.00 | | 66,247.46 |
| 03/18/16 | {12} | DANIEL GLOVER | (16-049) PMT IN COMPROMISE OF | 1241-000 | 318.15 | | 66,565.61 |
| | | | Subtotals : | | $25,321.97 | $0.00 | |

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM     V.13.28

## Form 2

Page: 11

## Cash Receipts And Disbursements Record

| Case Number: | 13-52249 JEH | | Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
|---|---|---|---|---|
| Case Name: | MCN HEALTH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3867 - Receivables |
| Taxpayer ID #: | **-***5725 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | PREFERENTIAL TRANSFER/PAYMENT | | | | |
| 03/29/16 | {12} | TAYLOR LINEN COMPANY, INC. | (16-051)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 1,000.00 | | 67,565.61 |
| 04/12/16 | {12} | DANIEL GLOVER | (16-056)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 318.15 | | 67,883.76 |
| 04/12/16 | {12} | DEBORAH ZNOSKO | (16-057)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 583.33 | | 68,467.09 |
| 04/27/16 | {12} | TAYLOR LINEN COMPANY, INC. | (16-074) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 1,200.00 | | 69,667.09 |
| 05/04/16 | {12} | DEBORAH ZNOSKO | (16-076)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 583.33 | | 70,250.42 |
| 05/31/16 | {12} | DEBORAH ZOSKO | (16-079) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 583.33 | | 70,833.75 |
| 06/02/16 | {12} | TAYLOR LINEN COMPANY, INC. | (16-081) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 1,500.00 | | 72,333.75 |
| 06/03/16 | {12} | DANIEL GLOVER | (16-082) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 318.15 | | 72,651.90 |
| 06/23/16 | {12} | DANIEL GLOVER | (16-087)  PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 318.15 | | 72,970.05 |
| 06/23/16 | {12} | TAYLOR LINEN COMPANY, INC. | (16-088) PMT IN COMPROMISE OF PREFERENTIAL TRANSFER/PAYMENT | 1241-000 | 1,200.00 | | 74,170.05 |

Subtotals :         $7,604.44         $0.00

{} Asset reference(s)

Printed: 07/27/2016 11:02 AM    V.13.28

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

**Case Number:** 13-52249 JEH  
**Case Name:** MCN HEALTH, LLC  

**Taxpayer ID #:** **-***5725  
**Period Ending:** 06/30/16  

**Trustee:** FREDERICK L. RANSIER, TRUSTEE (550140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3867 - Receivables  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 74,959.57 | 789.52 | $74,170.05 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 74,959.57 | 789.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$74,959.57** | **$789.52** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3866** | 534,741.72 | 164,541.63 | 370,200.09 |
| **Checking # ******3867** | 74,959.57 | 789.52 | 74,170.05 |
| | $609,701.29 | $165,331.15 | $444,370.14 |

{} Asset reference(s)  Printed: 07/27/2016 11:02 AM  V.13.28