IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-52249 |
| | : | |
| MCN HEALTH, LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## TRUSTEE'S OBJECTION TO PROOFS OF CLAIM NO. 67 AND 81

The Chapter 7 Trustee, Frederick L. Ransier ("Trustee"), hereby objects to Claim Nos. 67 and 81 filed by the Ohio Department of Taxation, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Ohio (the "Local Rules"). In further support of this Objection, the Trustee respectfully represents as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007. This Objection complies with the requirements set forth in Local Rule 3007-1.

### GENERAL BACKGROUND

2. On March 26, 2013 (the "Petition Date"), Sodexo Operations, LLC, Outsource Medical Equipment Services, Inc., and OSU Pathology, LLC (the "Petitioning Creditors") filed an involuntary Chapter 7 petition for bankruptcy and initiated the above-captioned case.

3. Prior to the Petition Date, the Debtor was in the business of providing various medical services to individuals from, in, and around Newark, Ohio.

4. From the beginning, the Debtor experienced financial issues and never generated a profit. Based upon information and belief, from the beginning, the Debtor continually paid creditors in arrears and, often, in an unreasonably untimely manner. It amassed substantial unsecured debts with such creditors as Taylor Linen, Spine Wave, Inc., OSU Pathology Services, LLC, and Sodexo Healthcare Services, (collectively and together with other similarly situated creditors, the "Standing Creditors"). The Standing Creditors continually held claims against the Debtor from at least early 2010 through the Petition Date.[1]

5. Ultimately, the Debtor was unable to restructure itself. On December 28, 2012, the Debtor sold substantially all of its assets to Licking Memorial Hospital ("LMH"), and immediately upon the closing of the sale transaction, ceased all operations.[2]

6. On April 12, 2013 (the "Relief Date"), this Court entered an order for relief against the Debtor and the Debtor's Chapter 7 case remains pending before this Court. Frederick L. Ransier was appointed as the Trustee.

7. On May 22, 2013, the Court issued a Notice of Need to File Proof of Claim Due to Recovery of Assets [Doc. No. 35]. The claims bar date was scheduled for August 20, 2013. The claims bar date for governmental entities, pursuant to Rule 3002 of the Federal Rules of Bankruptcy Procedure, was 180 days from the Relief Date.

**RELIEF REQUESTED**

8. By this Objection, the Trustee seeks entry of an order, pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, (i)

---

[1] The Trustee expressly reserves the right to object to each Standing Creditor's claims.
[2] The name, "The Medical Center of Newark LLC" was sold to LMH as a part of the transaction, therefore, on December 26, 2012, the Debtor registered an amendment with the Ohio Secretary of State changing its name to MCN Health, LLC. The Medical Center of Newark LLC and MCN Health, LLC, as used herein, shall be interchangeable and relate to the Debtor in either its prepetition or post-petition form.

-2-

disallowing in full and expunging Claim No. 81 as a late filed; (ii) disallowing in full and expunging Claim No. 67 and Claim No. 81 for failure to provide any support of the claims made; (iii) disallowing or modifying Claim No. 67 and Claim No. 81 to the extent set forth herein for failure to provide adequate support for the claims made; and (iv) disallowing Claim No. 81 to the extent that it makes a duplicate claim.

## BASIS OF RELIEF REQUESTED

**I.** **Late Filed Claim**

9. Pursuant to the Bar Date Order entered by this Court, any holder of a claim, with certain enumerated exceptions, was required to file a proof of claim with any supporting documentation on or before the Claims Bar Date, August 20, 2013. Governmental Units were required to file a proof of claim with any supporting documentation on or before the Government Bar Date, being 180 days (October 9, 2013) from the Relief Date. The Claim No. 81 represents a new claim that was filed after the Government Bar Date.

10. The Ohio Department of Taxation ("Claimant") filed Claim No. 81 on August 16, 2016, more than two (2) years after the Government Bar Date. Claim No. 81 states on the first page that it does not amend a proof of claim already filed. On the summary sheet attached to Claim No. 81, the claim is described as a supplemental proof of claim. Further on the summary sheet attached to Claim No. 81, it states that the Debtor is now indebted to the State of Ohio, in addition to the amount claimed in the proof of claim dated August 20, 2013 (presumably Claim No. 67 filed by the Ohio Department of Taxation on August 20, 2013).

11. Claim No. 81 is a claim for a total amount of $5,729.53, including a priority claim for $4,138.16 and an unsecured claim for $1,591.37. A copy of Claim No. 81 is attached as Exhibit 1. Claim No. 81 appears to duplicate the sales tax assessment referred to in Claim No. 67, but it adds interest and penalties. A copy of Claim No. 67 is attached as Exhibit 2. The

-3-

summary for Claim No. 81 includes an assessment(s) for Withholding Tax Assessments that do not appear to be included in Claim No. 67. Claim No. 67 includes no description of any claim for Withholding Taxes or Withholding Tax Assessments. Debtor's work force was downsized and the Debtor's facilities were sold in December of 2012. The summaries attached to Claim No. 81 and Claim No. 67 provide no dates of assessment(s), calculation support, or detailed information supporting the amounts included on the summary sheets. The summaries include only general categories such as "Commercial Activity Tax Assessment." The Claimant provides no evidence, accounting, or written documentation in support of Claim No. 81 and Claim No. 67.

12. Based upon the foregoing, it appears that Claim No. 81 is a late filed claim. Accordingly, the Trustee objects to Claim No. 81 and respectfully requests entry of an order expunging and disallowing Claim No. 81 in full.

## II. Failure to Provide Sufficient Information to Evidence Claim

13. Claim No. 67 and Claim No. 81 as stated above represent claims that do not include or attach sufficient information or documentation to evidence the validity or amount of the claims as contemplated by Rule 3001(f) of the Bankruptcy Rules.

14. Failure to disallow Claim No. 67 and Claim No. 81 will result in this Claimant receiving unwarranted recoveries against this bankruptcy estate to the detriment of other creditors and parties in interest in this case. Accordingly, the Trustee hereby objects to Claim No. 67 and Claim No. 81 and requests entry of an order disallowing in full and expunging each in full or to the extent not supported.[3]

---

[3] The Claims may be further objected to by the Trustee. If the Claims are allowed by this Court or if additional support is provided by the Claimants in response to this Omnibus Objection, the Trustee reserves the right to object further on the basis that the Non-Supported Claims be modified or partially disallowed as provided in Section III below.

**III.     Failure to Provide Information Supporting Full Amount of Claim Made**

15.     Claim No. 67 and Claim No. 81 alternatively represent claims that include or attach documentation that only partially evidence the claim made.

16.     Alternatively, Claim No. 67 and Claim No. 81 require modification and partial disallowance for those amounts that are claimed but no evidence or documentation is provided to support the full amount of the claim made. Failure to disallow the partial amount that is not evidenced or supported will result in this Claimant receiving unwarranted recoveries against this bankruptcy estate to the detriment of other creditors and parties in interest.

## DUPLICATE CLAIMS

17.     Claim No. 81 appears to duplicate claim(s) that were made pursuant to Claim No. 67. To the extent that Claim No. 81 makes duplicate claim(s), the Trustee objects and respectfully requests an order disallowing in full and expunging said duplicate claim(s). Failure to disallow the duplicate claim(s) will result in this Claimant receiving unwarranted duplicative or multiple recoveries against this bankruptcy estate to the detriment of other parties-in-interest and creditors in this case.

## RESERVATION OF RIGHTS

18.     The Trustee expressly reserves the right to amend, modify or supplement this Objection or to file further objections with respect the proofs of claim included in this Objection, including, without limitation, objections as to the amounts or classifications asserted in the proofs of claim, or any other proofs of claim (filed or not) against this bankruptcy estate, which are not the subject of this Objection.

## **NO PREVIOUS REQUEST**

19. No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order, (i) disallowing in full and expunging Claim No. 81 as late filed; (ii) disallowing in full and expunging Claim No. 67 and Claim No. 81 for failure to provide support of the claim made or, in the alternative, disallowing or modifying Claim No. 67 and Claim No. 81 to the extent set forth herein for failure to provide adequate support for the claims made; (iii) disallowing Claim No. 81 on the basis that it is duplicative of Claim No. 67; and (iv) granting the Trustee such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Brenda K. Bowers
Frederick L. Ransier      (0020513)
Brenda K. Bowers          (0046799)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6290
Facsimile:  (614) 719-5001
E-mail:  bkbowers@vorys.com
*Attorney for Chapter 7 Trustee,*
*Frederick L. Ransier*

## **NOTICE OF OBJECTION TO CLAIM**

The Chapter 7, Trustee, Frederick L. Ransier, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the Certificate of Service for the objection to claim,** you must file with the court a response explaining your position by mailing your response by regular U.S. mail to United States Bankruptcy Court Clerk for the Southern District of Ohio, 170 North High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the above date.

You must also send a copy of your response either by: 1) the court's ECF System, or 2) regular U.S, mail to:

>Frederick L. Ransier, Trustee
>52 East Gay Street
>P.O. Box 1008
>Columbus, Ohio 43216-1008
>
>and
>
>U.S. Trustee
>170 North High Street, Ste. 200
>Columbus, Ohio 43215.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim with further notice or hearing.

>/s/ Brenda K. Bowers
>Brenda K. Bowers     (0046799)

**CERTIFICATE OF SERVICE**

The undersigned further certifies that a copy of the foregoing was served via U.S. mail, postage prepaid and/or electronic service, to the persons listed below on this 21st day of October, 2016:

- Thomas R Allen — allen@aksnlaw.com, doan@aksnlaw.com
- Asst US Trustee (Col) — ustpregion09.cb.ecf@usdoj.gov
- Amy L. Bostic — abostic@lnlattorneys.com
- Brenda K. Bowers — bkbowers@vorys.com
- Carrie M. Brosius — cmbrosius@vorys.com, dmkamp@vorys.com, kbconiglio@vorys.com
- Nick V. Cavalieri — nick.cavalieri@baileycavalieri.com, BR-ECF@BaileyCavalieri.com
- Kari Balog Coniglio — kbconiglio@vorys.com, abecoats@vorys.com
- James R. Cooper — jcooper@mgbohiolaw.com
- Jennifer Fate — fate@mmmb.com, admin@mmmb.com
- Robert C. Folland — Rob.Folland@btlaw.com, kskamfer@btlaw.com
- Erin L. Gapinski — gapinski@aksnlaw.com, doan@aksnlaw.com
- Brian M. Gianangeli — bgianangeli@mifsudlaw.com
- Wesley Gilliland — wgilliland@havenslimited.com
- Kevin E. Humphreys — lawyer@columbus.rr.com
- Kenneth C. Johnson — kjohnson@bricker.com, rdelsignore@bricker.com
- J Allen Jones — ajones@beneschlaw.com, docket@beneschlaw.com
- Mina Nami Khorrami — mnkecf@mnk-law.com, rhess@mnk-law.com
- Pamela N. Maggied — maggiedlaw@midohio.twcbc.com, pmaggied@rrohio.com
- Mitchell Marczewski — mitch9999@sbcglobal.net, marczewski99@gmail.com
- David M. Neumann — dneumann@twobyfoursight.com, dneumann@dneumann.com
- David M. Neumann — dneumann@twobyfoursight.com, dneumann@dneumann.com
- D. Wesley Newhouse — wnewhouse@npkhlaw.com, mmaynard@npkhlaw.com
- Timothy G. Pepper — pepper@taftlaw.com, welcht@taftlaw.com
- Joseph C. Pickens — jpickens@taftlaw.com, khines@taftlaw.com, knaeder@taftlaw.com
- William H. Prophater — wprophater@npkhlaw.com, tschlabach@npkhlaw.com
- Kristin Radwanick — kristin@susanattorneys.com
- Frederick L. Ransier — flransier@vssp.com
- Frederick L. Ransier — flransier@vorys.com, oh14@ecfcbis.com
- Peter H. Riddell — priddell@riddellcolpa.net, jmorris@riddellcolpa.net
- Arch W. Riley — ariley@bernsteinlaw.com, cabbott@bernsteinlaw.com, pghecf@bernsteinlaw.com, ariley@ecf.courtdrive.com, cabbott@ecf.courtdrive.com
- Matthew T. Schaeffer — matthew.schaeffer@baileycavalieri.com, BR-ECF@BaileyCavalieri.com
- Daniel R. Schimizzi — dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com
- Adam M. Schwartz — aschwartz@havenslimited.com
- Sharon I. Shanley — shanley@taftlaw.com, docket@taftlaw.com, grote@taftlaw.com
- John F. Stock — jstock@beneschlaw.com, docket@beneschlaw.com, jturk@beneschlaw.com, llee@beneschlaw.com, vwarden@beneschelaw.com
- Daniel R. Swetnam — Daniel.Swetnam@icemiller.com, Deborah.Wolf@icemiller.com
- Myron N. Terlecky — mnt@columbuslawyer.net, mlv@columbuslawyer.net
- Glenn C. Thompson — gthompson@lawhssm.com, bbishop@lawhssm.com

-9-

MCN Health, LLC
ACFB Incorporated
41 South High Street, Suite 2600
Columbus, Ohio 43215
Last Registered Statutory Agent for the Debtor

Ohio Department of Taxation
Attn: Ohio Attorney General, Collections Enforcement
Rebecca Daum, Administrator
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation, Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

      /s/ Brenda K. Bowers
      Brenda K. Bowers     (0046799)

Abbott Laboratories
P. Thompson D345 J23
200 Abbott Park Road
Abbott Park, IL 60064

Acumed LLC
5885 Northwest Cornelius Pass Rd.
Hillsboro, OR 97124

Alcon Laboratories, Inc.
6201 S. Freeway WX-29
Forth Worth, TX 76134

Allergen, Inc.
c/o Judy Cobin T2-7B
2525 Dupont Drive
Irvine, CA 92612

Amos Sales & Service, Inc.
ATTN: Accounts Receivables
1700 East St. Andrew Place
Santa Ana, CA 92705

Anthrex, Inc.
ATTN: Tracy Haskins
1370 Creekside Blvd.
Naples, FL 34108

Arthocare Medical Corporation
Legal Dept.
7000 W. William Cannon Drive
Bldg. One
Austin, TX 78735

Bass Berry Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201

Chris J. Barrett, Partner
Crowe Horwath LLP
10 West Broad St.
Columbus, OH 43215

Baxter HealthCare
ATTN: Gail D'Alesandro WG 1/2S
25212 W IL Rte 120
Round Lake, IL 60073

Beckman Coulter Inc.
c/o Jodi L. Hause
707 Grant Street, Suite 2200
Pittsburgh, PA 15219

Boston Scientific Corp.
ATTN: Joyce Albert
100 Boston Scientific Way
Marlboro, MA 07152

Bracco Diagnostics
Smith Rubin & Assoc.
P.O. Box 639
Belle Chasse, LA 70037

Bresco Solutions, LLC
423 E. Town St., Suite 100
Columbus, OH 43215

C.R. Bard, Inc.
c/o Hunton & Williams LLP
200 Park Ave., 53rd Floor
New York, NY 10166

CareFusion Solutions, LLC
Day Pitney LLP
One Jefferson Road
Parisippany, NJ 07054-2891

Craig Carlile
Ray Quinney & Nebecker
P.C. 86 N. University Ave., #430 Provo, UT 84601-4420

Carpenter Oil Company Inc.
P.O. Box 1398
Neward, OH 43058-1398

Cellular Connection
P.O. Box 691
New Albany, OH 43054

Central Ohio PACs, Ltd.
100 East Campus View Blvd.
Suite 100
Columbus, OH 43265

COHR Inc. d/b/a/ Master Plan
ATTN: Sarah Hultman Dunn, Associate General Counsel
1101 Market Street
Philadelphia, PA 19107

Compliant Healthcare Tech
110 Tradition Trail
Holly Springs, NC 27540

Lynda Curry
1690 Horns Hill Road
Newark, OH 43055

Danco Medical Systems
James S. Daniel
618 Rohrer Drive
Tipp City, OH 45371

Diversified Biologicals LLC
7300 SW 43rd St., Suite 102
Miami, FL 33165

Diversified Biologicals LLC
3453 Pelham Road, Suite 104
Greenville, SC 29615

General Electric Capital Corp.
c/o Reed Smith LLP
ATTN: Kelly A. Tibble
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606

General Electric Company
GE Healthcare Diagnostic
Imaging
c/o 25 Whitney Dr., Suite 10-6
Milford, OH 45150

Given Imaging Inc.
3950 Shackleford Road, Suite 500
Duluth, GA 30096

Bryan Gramlich
Freund Freeze & Arnold
65 E. State St., Suite 800
Columbus, OH 43215

Havens Limited
141 E. Town St.
Columbus, OH 43215

Hologic Limited Partnership
250 Campus Drive
Marlboro, MA 01752

InfoLogix
Stanley Healthcare
4600 Vine Street
Lincoln, NE 68503

Innovasis, Inc.
c/o Craig Carlile Ray Quinney & Nebeker
86 N. University Ave., #430
Provo, UT 84601

Instrumentation Laboratory
Werfen USA
180 Hartwell Road
Bedford, MA 01730

Internal Revenue Service
Centralized Insolvency
Operations P.O. Box 7346
Philadelphia, PA 19101-7346

Theodore Johnson
Parms & Company, LLC
585 S. Front St., #220
Columbus, OH 43215

Lawson Products Inc.
8770 W. Bryn Mawr
Chicago, IL 60631

Licking Memorial
Hospital c/o Kenneth C.
Johnson 100 South Third
Street Columbus, OH 43215

MCN Funding II Ltd.
Havens Limited
141 E. Town St.
Columbus, OH 43215

Managing Solutions, Inc.
P.O. Box 27012
Boulder, CO 80308

Mayo Clinic dba Mayo Medical
200 1st St. SW
Rochester, MN 55905

Medi-Dose Inc.
Lock Box 238
Jamison, PA 18974

Mediquant, Inc.
6900 S. Edgerton Rd., Suite 100
Brecksville, OH 44141

Medrad
3930 Edison Lakes Parkway
Mishawaka, IN 46545

Microsurgical Technology
8415 154th Ave. NE
Redmond, WA 98059

Jed Melnick
JAMS
620 8th Avenue, 34th Floor
New York, NY 10018

David L. Mikel, Esq.
210 West Main Street
Troy, OH 45373

Mobile Instrument Service & Repair, Inc.
333 Water Ave.
Bellefontaine, OH 43311

Timothy P. Nagy
Taft Stettinius & Hollister LLP 65 E. State St., Suite 1000 Columbus, OH 43215

Newark Medical Office Bldg Ltd.
Havens Limited
141 E. Town St.
Columbus, OH 43215

| | | |
|---|---|---|
| Nuance Communications Inc.<br>Nancy A. Newark One Wayside Road<br>Burlington, MA 01803 | OSU Pathology Services LLC<br>Joseph C. Pickens, Esq.<br>65 E. State St., Suite 1000<br>Columbus, OH 43215 | Ohio Department of Taxation Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 |
| Olympus America Inc.<br>ATTN: Credit Risk Mgmt<br>Dept. 3500 Corporate Parkway<br>Center Valley, PA 18034 | Oracle America, Inc.<br>c/o Shawn Christianson<br>55 2nd St., 17th Fl<br>San Francisco, CA 94105 | Orthohelix Surgical Designs, Inc.<br>1065 Medina Rd., Suite 500<br>Medina, OH 44256 |
| Outsource Medical Equipment Svce<br>ATTN: Don Erlenbach<br>P.O. Box 850<br>Heron, OH 43025 | Erin L. Pfefferle<br>Allen Kuehnle Stovall & Neuman LLP<br>17 S. High Street, Suite 1220<br>Columbus, OH 43215-3441 | Phillips Medical Capital LLC 1111 Old Eagle School Road Wayne, PA 19087 |
| Principal Life Insurance Company<br>711 High Street<br>Des Moines, IA 50392 | Quantum Products<br>P.O. Box 16451<br>Irvine, CA 92623 | Scientific Instrument Center 1 1616 Transamerica Ct.<br>Columbus, OH 43228-9332 |
| Scott Riemenschelder<br>2525 Tiller Lane, Suite 206<br>Columbus, OH 43231 | Shred-It<br>1370 Research Rd.<br>Gahanna, OH 43230 | SimplexGrinnell<br>ATTN: Bankruptcy<br>50 Technology Drive<br>Westminister, MA 01441 |
| Spine Wave, Inc.<br>c/o Charlotte Rahrig<br>3 Enterprise Dr., Suite 210<br>Shelton, CT 06484 | Sodexo, Inc.<br>c/o Judy Thompson, Esq.<br>P.O. Box 33127<br>Charlotte, NC 28233 | Sodexo Operations LLC<br>6081 Hamilton Blvd.<br>Allentown, PA 18106 |
| St. Jude Medical<br>ATTN: Melissa Bourque<br>6300 Bes Cave Rd., Bldg 2 Suite 100<br>Austin, TX 78746 | Stryker Instruments<br>Lori L. Purkey<br>2251 East Paris Ave. SE, Suite B<br>Grand Rapids, MI 49546 | Jonathan Swichar<br>Catherine B. Heitzenrater<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 |
| Sysco Cleveland Inc.<br>601 S. High St., Second Floor<br>Columbus, OH 43215 | Kelly Taylor<br>Taylor Linen Company Inc.<br>1043 Muskingum Ave.<br>P.O. Box 402<br>Zanesville, OH 43702 | U.S. Dept. of Health & Human Services<br>ATTN: Chung-Han Lee<br>233 N. Michigan Ave., Suite 700<br>Chicago, IL 60601 |

| | | |
|---|---|---|
| United Healthcare Insurance Co. Rachel A. Smith CDM UHC<br>185 Asylum Street 03B<br>Hartford, CT 06103 | W.W. Grainger Inc.<br>ATTN: Special Collections Dept.<br>MES17872724257<br>7300 N. Melvina<br>Niles, IL 60714 | Walter J. Wolske<br>580 S. High St., Suite 300<br>Columbus, OH 43215 |
| Waste Management<br>2625 W. Grandview Rd.<br>Suite 150<br>Phoenix, AZ 85023 | Woodstock Dietary Systems 955 Dieckman St.<br>Woodstock, IL 60098 | Zashin & Rich Co., LPA<br>55 Public Square, 4th Floor<br>Cleveland, OH 44113 |
| Zimmer, Inc.<br>Kayla D. Britton Esq.<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240 | | |

10/21/2016 25787606