**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 16, 2017**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-52249 |
| | : | |
| MCN HEALTH, LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**AGREED ORDER REGARDING TRUSTEE'S OBJECTION TO
PROOFS OF CLAIM NO. 67 AND 81 [DOC. NO. 304]**

This matter comes before the Court upon the Trustee's Objection to Proofs of Claim No. 67 and 81 ("Objection") [Doc. No. 304], the Response of the State of Ohio Department of Taxation to Trustee's Objection to Proofs of Claim No. 67 and 81 [Doc. No. 315], and Order Requiring Joint Status Report Re: Objection to Claim [Doc. No. 316]. The State of Ohio Department of Taxation and the Trustee, by and through counsel, have reviewed and communicated pertaining to the Proofs of Claim No. 67 and 81 and the Objection. Based upon these communications, the parties have taken the following actions.

First, on February 6, 2017, the Ohio Department of Taxation filed a withdrawal of Proof of Claim No. 81 [Doc. No. 318]. Therefore, due to the withdrawal of Claim No. 81, the Objection as related to that claim has been resolved.

As for Claim No. 67, the Ohio Department of Taxation filed Amended Claim 67-2 on February 6, 2017. The State of Ohio Department of Taxation also supplied additional information to the Trustee regarding said Amended Claim 67-2. Amended Claim 67-2 filed by the State of Ohio Department of Taxation makes a claim in the total amount of $59,692.49, that includes the following:

Priority Claim - $44,745.41,

Unsecured Claim - $14,947.08, and

Secured Claim - $0.00.

Based upon Amended Claim 67-2 and additional information being supplied by the Ohio Department of Taxation, the parties agree that the Trustee's objection to Claim No. 67 shall be withdrawn, and the parties further agree that Claim No. 81 has been withdrawn by the Ohio Department of Taxation. Further, based upon the parties agreement and representations to this Court, no further status report or hearing is required.

IT IS SO ORDERED.

**APPROVED BY:**

/s/ Brenda K. Bowers
Brenda K. Bowers       (0046799)
Carrie M. Brosius       (0075484)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone:  614-464-6400
Facsimile:   614-464-6350
E-mail:       bkbowers@vssp.com
*Attorneys for Chapter 7 Trustee,*
*Frederick L. Ransier*


/s/ Erin M. Dooley (per email authority on 3/15/2017)
Erin M. Dooley     (0089092)
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, Ohio 43016
Telephone: 614-389-6357
Facsimile: 614-389-2294
E-mail: erin.dooley@mifsudlaw.com
*Attorney for Ohio Department of Taxation*

**Copies to:**

Default List, plus

Brenda K. Bowers on behalf of Attorney for Chapter 7 Trustee - bkbowers@vorys.com

Erin M. Dooley on behalf of Ohio Department of Taxation - erin.dooley@mifsudlaw.com


###

3/14/2017 26884002